# RUBINSTEIN & COROZZO, LLP
### COUNSELORS AT LAW

RONALD RUBINSTEIN
JOSEPH R. COROZZO

RAHIL KAMRAN-RAD

260 MADISON AVENUE
22ND FLOOR
NEW YORK, N.Y. 10016

TELEPHONE (212) 545-8777
FAX (212) 679-1844

April 4, 2011

The Honorable Judge Sandra L. Townes
United States District Court Judge
United States District Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: USA v. Bombino et al, 1:10-cr-00147-SLT**

Dear Judge Townes,

Theodore Persico, Jr., defendant in the above-captioned case, respectfully requests permission to join in the motions of his co-defendants to the extent they are applicable to his case and leave to file additional motions as they become necessary.

Very truly yours,

/s/_____
Joseph Corozzo