**U.S. Department of Justice**



*United States Attorney*
*Eastern District of New York*

AB:MT:RN:sw
F.#2009R00195
Disc. 17

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

May 26, 2011

**Via ECF**

All Defense Counsel

      Re:  United States v. James Bombino, et al.
           Criminal Docket No. 10-147 (S-1)(SLT)

Dear Counsel:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following supplemental discovery with respect to the above-captioned case. The government hereby reiterates its request for reciprocal discovery.

**DOCUMENTS AND OTHER TANGIBLE ITEMS**

    The items described below are located at First Choice Copy. You may obtain these items by contacting Joe Meisner at (718) 381-1480 x212, or jmeisner@nyc.rr.com. Please reference print order number **60031**.

| DX # | Description | Bates Range |
|------|-------------|-------------|
| 59 | Documents provided by Testa Corporation | 29155-29515 |

    Please contact me if you have any questions or additional requests.

                      Very truly yours,

                      LORETTA E. LYNCH
                      United States Attorney

        By:      /s/
                  Samantha Ward
                  Paralegal Specialist
                  (718) 254-6142

cc:  Clerk of the Court (SLT) (by ECF *without* attachments)