Local Criminal Notice of Appeal Form.

# NOTICE OF APPEAL
## United States District Court
## Eastern District of New York

_____

United States,

   v.

Theodore Persico, Jr._____

Docket No.: ___10 Cr. 147 (SLT)_____

___Townes_____
(District Court Judge)

Notice is hereby given that THEODORE PERSICO, JR. appeals to the United States Court of Appeals for the Second Circuit from the judgment [_____] other [_____X_____] ___Order denying motion to dismiss the indictment on Double Jeopardy grounds_____ (specify) entered in this action on ___May 8, 2012___(date).

Offense occurred after November 1, 1987     Yes [_X_]     No [___]

Date _May 8, 2012_____    __Elizabeth E. Macedonio, Esq._____

                                         (Counsel for Appellant)

                 Address ___42-40 Bell Boulevard, Suite 302_____

                  __Bayside, New York 11361_____

                  _____

**ADD ADDITIONAL PAGE IF NECESSARY**     Telephone Number ___(718) 279-3770_____

---

**TO BE COMPLETED BY ATTORNEY**            **TRANSCRIPT INFORMATION - FORM B**

| QUESTIONNAIRE | TRANSCRIPT ORDER DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
|---|---|
| [_X_] I am ordering a transcript<br>[____] I am not ordering a transcript<br>    Reason:<br>      [____] Daily copy is available<br>      [____] U.S. Attorney has placed order<br>      [____] Other. Attach explanation | Prepare transcript of          Dates<br>[_X_] Prepare proceedings __May 7, 2012_____<br>[____]<br>Trial_____<br>[____]<br>Sentencing_____<br>[____] Post-trial<br>proceedings_____ |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript (FRAP 10(b)).
Method of payment:   [____]   Funds [____]       CJA Form 24 [__X__]

| **ATTORNEY'S SIGNATURE** /S/ Elizabeth E. Macedonio | **DATE** May 8, 2012 |
|---|---|

| COURT REPORTER ACKNOWLEDGMENT | TO BE COMPLETED BY Court Reporter and forwarded to Court of Appeals |
|---|---|

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date _____ | Signature_____<br>(Court Reporter) | |

## DISTRIBUTE COPIES TO THE FOLLOWING:

1.    Original to U.S. District Court (Appeals Clerk).      4.    U.S. Court of Appeals
2.    Copy U.S. Attorney's Office.                    5.    Court Reporter (District Court)
3.    Copy to Defendant's Attorney

USCA-2
FORM A Rev. 10-02