# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 25th day of May, two thousand and twelve.

Before:   Susan L. Carney,
     *Circuit Judge.*

UNITED STATES OF AMERICA,

   Appellee,

  v.

JAMES C. BOMBINO, *ET AL.*,

   *Defendants,*

THEODORE N. PERSICO, JR., AKA SKINNY, AKA TEDDY

   *Defendant-Appellant.*

**ORDER**

Docket No.: 12-1974

IT IS HEREBY ORDERED that the motion by appellant Theodore Persico, Jr. to stay pending appeal the trial scheduled for June 4, 2012 in the District Court for the Eastern District of New York as to Count One of the Superseding Indictment will be heard on Friday, June 1, 2012 at 10:00 a.m.  In the interim, the trial is stayed pending determination of the motion by the panel.

For the Court:

Catherine O'Hagan Wolfe,

Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 05/25/201