# Criminal Calendar for a Guilty Plea
## Before Judge Sandra L. Townes, U.S.D.J.

Date: 6/8/12                                    Time: 11:50 - 12:45

DOCKET NUMBER: 10CR147 (SLT)

DEFENDANT'S NAME: Theodore Persico, Jr.
 X Present ___ Not Present  X In Custody ___ Bail

DEFENSE COUNSEL: Elizabeth Macedonio + James Neville
 ___ Legal Aid  X CJA  ~~X~~ Retained

AUSA: Nicole Argentieri + Allon Lifshitz    Deputy Clerk: V. Frullo

INTERPRETER: _____ (Language) _____

COURT REPORTER/ESR Operator: Lisa Schmid

X Case called.

Defendant:  X sworn    X arraigned    X informed of rights
            X Waives trial before District Court.

X Waiver of indictment executed.
X Superseding Indictment/Information filed.
___ Defendant failed to appear, Bench Warrant issued.
X Defendant enters a plea of GUILTY to Count(s) __1__ of the ~~Superseding~~ Superseding Information (5-7)
~~X~~ Defendant WITHDRAWS not guilty plea and enters a GUILTY PLEA to Count(s) ___
_____ of the _____.
X Court finds factual basis for the plea.
X Sentencing set for 9/21/12 @ 11:00.

___ Deft continued on $_____ Bond.    X Deft continued in Custody.

___ Bail set in the amount of $_____ and deft released.

___ Case adjourned until _____ for _____.

Plea Agreement marked as Gov's Exhibit #1 and returned to the AUSA. The Court's Standard Plea form marked as Court's Exhibit A.
Pursuant to Federal Rule 11 of Criminal Procedure Judge Townes did administer the allocution and accepted the plea. A finding has been made that the plea was made knowingly and voluntarily and the plea was not coerced.

05CR 351: enters a plea of guilty to charges 1 ~~X~~ of the Violation Report. Sentencing set for 9/21/12.